U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

AUG 14 2015

TONY R. MOORE, CLERK
BY _____
         DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| JER'XAVIER LANE<br>    LA. DOC #508509<br>VS. | CIVIL ACTION NO. 5:15-1638<br><br>SECTION P<br><br>JUDGE DONALD E. WALTER |
| WARDEN JERRY GOODWIN | MAGISTRATE JUDGE KAREN L. HAYES |

# J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that this petition for writ of *habeas corpus* (28 U.S.C. §2254) be **DISMISSED WITH PREJUDICE** as time-barred by the provisions of 28 U.S.C. §2244(d).

THUS DONE AND SIGNED, in chambers, in Shreveport, Louisiana, 11 day of August, 2015.

                                                DONALD E. WALTER
                                                UNITED STATES DISTRICT JUDGE